
```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

ALLEN SIMMS, on his own behalf and
others similarly situated,

           Plaintiff,

vs.                                    Case No. 2:10-cv-751-FtM-29SPC

KELLAR'S KORNER, INC., a Florida
profit corporation, doing business
as 7-11 #34154,

           Defendant.
_____

**OPINION AND ORDER**

     This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #24), filed June 17, 2011, recommending that plaintiff's Motion to Approve the Settlement Agreement submitted under seal be approved with deadlines for payments through September 30, 2011, and that the case be dismissed with prejudice. No objections have been filed and the time to do so has expired.

     After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds that the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #24) is hereby **adopted** and the findings incorporated herein.

2. The Motion to Approve the Settlement Agreement is **granted** and the settlement is approved as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all pending motions and deadlines as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of July, 2011.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties